■ SOUTHWESTERN FINANCE CO., LTD., S.A., Respondent-Appellant, v TANGIBLE INDUSTRIES, INC., Appellant-Respondent, et al., Defendant. — Appeal and cross appeal from order, Supreme Court, New York County (Edward J., Greenfield, J.), entered on November 22, 1982, withdrawn, with prejudice and without costs to either party. Concur — Murphy, P. J., Ross, Carro, Fein and Alexander, JJ.